[No. 12804–3–I.   Division One.   April 16, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD H. BURNS, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 82–1–00482–5, John E. Rutter, Jr., J., entered January 14, 1983. *Reversed* and *remanded* by unpublished opinion per Callow, J., concurred in by Durham, C.J., and Williams, J.

[No. 12724–1–I.   Division One.   April 16, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT H. WILLIAMS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–8–02652–4, Jack Richey, J. Pro Tem., entered December 14, 1982. *Affirmed* by unpublished opinion per Corbett, A.C.J., concurred in by Callow and Scholfield, JJ.

[Nos. 12648–2–I; 12650–4–I.   Division One.   April 16, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD WILLIAM OSBORNE, *Appellant.*

Appeals from judgments of the Superior Court for Snohomish County, Nos. 82–1–00510–4, 79–1–00054–4, John F. Wilson, J., entered December 14 and 6, 1982. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams and Andersen, JJ.